JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOWARD FUCHS,<br><br>　　　　　Defendant. | Case No. 2:19-cv-04881-JVS (AFM)<br><br>**ORDER OF DISMISSAL** |

On June 4, 2019, plaintiff submitted a Civil Rights Complaint and Motion to Proceed Without Prepayment of Filing Fees. On June 11, 2019, the Court denied plaintiff's motion to proceed without prepayment of filing fee because the Complaint failed to state a claim. The Court further ordered plaintiff to pay the full filing fee within 30 days or his case would be dismissed. Plaintiff has failed to pay the full filing fee within the required time.

IT THEREFORE IS ORDERED that this case is dismissed without prejudice.

DATED: July 23, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE